UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MARK A. JACKSON, | CIVIL ACTION NO. 3:20-30 |
| Plaintiff, | |
| V. | **OPINION AND ORDER** |
| CARROLL COUNTY, KY, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the "Motion for Settl[e]ment/Dismiss" (DE 17) and the motion to compel (DE 22) filed by plaintiff Mark A Jackson. The magistrate judge has recommended (DE 23) that the Court interpret the first motion as a motion to voluntarily dismiss this case. This is what two other judges in this district have done when presented with substantially the same motion in other cases filed by Jackson. *See* 3:20-cv-39-GFVT and 3:20-cv-20-DCR. The magistrate judge further recommends that the Court deny the motion to compel as moot given the dismissal of the case.

The Court agrees with the magistrate judge's recommendation. Moreover, Jackson has filed no objections. The Clerk of the Court has attempted to serve the recommendation on Jackson at both the Carroll County Detention Center and, in accordance with the notice of his release from custody filed in the record (DE 24), at the address provided when he was booked at the Carroll County Detention Center.

For all these reasons, the Court hereby ORDERS as follows:

1) the report and recommendation (DE 23) is ADOPTED as the Court's opinion;
2) the motion to dismiss (DE 17) is GRANTED;

3) this action is DISMISSED and STRICKEN from the Court's active docket; and

4) the motion to compel (DE 22) is DENIED as moot.

Dated December 18, 2020

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY